UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JJ AUDUBON, LLC, et al.

                               Plaintiffs,                20 Civ. 917 (PAE)

              -v-

DEFENDANT UNKNOWN,                                    ORDER

                               Defendant.

PAUL A. ENGELMAYER, District Judge:

On February 3, 2020, plaintiffs filed, *inter alia*, a complaint, Dkt. 1, proposed notice of complaint, Dkt. 1-4, and a proposed order restraining suits, approving plaintiffs' security, and directing issuance of notice and the filing of claims, Dkt. 1-5. On February 4, 2020, plaintiffs filed a letter with the Court. Dkt. 5.

Before determining whether to issue the proposed order, the Court wishes to give other affected entities an opportunity to comment on it. The complaint indicates that at least one party to a related New York State Supreme Court proceeding, Tasia Medina, may be affected by the issuance of such an order. The Court hereby directs plaintiffs to serve a copy of the complaint, its attachments, the letter, and this Order on Ms. Medina and her counsel by Friday, February 7, 2020, and file proof of service on the docket. The Court invites Ms. Medina—and any other affected person or entity—to comment on the proposed order by February 14, 2020. In the event the Court does not receive any opposition by that date, the Court anticipates that it will issue the proposed notice and order promptly thereafter.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　PAUL A. ENGELMAYER
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: February 5, 2020
　　　　New York, New York