UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JJ AUDUBON, LLC, et al.,

                             Petitioners,          20 Civ. 917 (PAE)

-v-

                                                     ORDER

DEFENDANTS UNKNOWN

PAUL A. ENGELMAYER, District Judge:

      The Court, having reviewed the stipulation executed by petitioners and claimant Tasia Medina, Dkt. 11-1, hereby orders that the stay on state court actions imposed by the Order Restraining Suits, Dkt. 14, is lifted as to Tasia Medina, such that Ms. Medina shall be permitted to pursue her claims against Petitioners in the pending state court action styled *Tasia Medina v. Hornblower New York, LLC et al.*, Index No.: 150780/2020, in the Supreme Court of the State of New York, subject to the terms of the parties' stipulation.

      SO ORDERED.

                                                              PAUL A. ENGELMAYER
                                                              United States District Judge

Dated: April 9, 2020
       New York, New York