UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JJ AUDUBON, LLC, et al.

                Plaintiffs,

-v-

DEFENDANT UNKNOWN,

                Defendant.

20 Civ. 917 (PAE)

<u>ORDER</u>

PAUL A. ENGELMAYER, District Judge:

On February 3, 2020, plaintiffs filed, *inter alia*, a complaint, Dkt. 1, proposed notice of complaint, Dkt. 1-4, and a proposed order restraining suits, approving plaintiffs' security, and directing issuance of notice and the filing of claims, Dkt. 1-5. On April 8, 2020, the Court ordered a notice to be issued to all persons asserting claims or suits with respect to the voyage and matters for which the Complaint seeks exoneration from or limitation of liability notifying them to file their respective claims with the Clerk of this Court. Dkt. 14. The notice period ended on September 1, 2020. The Court directs plaintiffs to file a joint letter with a status update and anticipated next steps by **October 30, 2020**.

SO ORDERED.

                                                        *Paul A. Engelmayer*
                                                        PAUL A. ENGELMAYER
                                                        United States District Judge

Dated: October 2, 2020
       New York, New York