UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN THE MATTER OF THE COMPLAINT OF

JJ AUDUBON, LLC, and HORNBLOWER
NEW YORK, LLC

AS OWNERS AND OPERATORS OF THE
M/V JOHN JAMES AUDUBON

20-cv-00917-PAE

## [PROPOSED] CONSENT ORDER OF DISMISSAL WITH PREJUDICE

Whereas, the foregoing matter and all claims asserted therein has been settled by the parties, Petitioners JJ Audubon, LLC and Hornblower New York, LLC, and Claimant Tasia Medina.

IT IS THEREFORE ORDERED THAT all claims asserted by the Claimant, Tasia Medina, against the Petitioners, JJ Audubon, LLC and Hornblower New York, LLC, in this case are dismissed with prejudice and that each party will bear its respective costs and attorneys' fees; and

IT IS FURTHER ORDERED THAT the Ad Interim Stipulation for Value in the Form of a Letter of Undertaking (Doc. No. 1-2), dated February 3, 2020, submitted jointly by AGCS Marine Insurance Company, The Continental Insurance Company, Endurance Risk Solutions Assurance Co., and Starr Indemnity & Liability Insurance Co. as their undertaking for the value of the John James Audubon (vessel) in principal amount of $802,000.00 to stand as security for claims asserted in this action is and shall be cancelled, shall be deemed to be fully discharged and shall hereafter be considered to be null and void.

**SO ORDERED**

_Paul A. Engelmayer_    Dated: February 7, 2022.
Hon. Paul A. Engelmayer, U.S.D.J.

564444.1

**SUBMITTED AND CONSENTED TO BY:**

FREEHILL HOGAN & MAHAR, LLP
*Counsel for Petitioners*

By: *Daniel Fitzgerald* (signature)

Daniel J. Fitzgerald
William H. Yost
80 Pine Street
New York, New York 10005
Telephone: (212) 425-1900

FIEDLER DEUTSCH, LLP
*Counsel for Claimant*

By: *Adam E. Deutsch* (signature)

Adam E. Deutsch
81 Main St. # 304
White Plains, NY 10601
Telephone: (914) 933-0393
2